```
                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEBRASKA

DELORIS N. JAWNIE GROW and      )
WILLIAM GROW,                   )
                                )
          Plaintiffs,           )          4:06CV3090
                                )
     v.                         )
                                )
MERCK & CO., INC.,              )          ORDER
                                )
          Defendant.            )
                                )
```

IT IS ORDERED:

Defendant's motion for stay, filing 9, is granted and all proceedings in this action are stayed pending transfer decision by the Judicial Panel on Multidistrict Litigation.

DATED this 19th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge